

Kevin M. Kearney
Direct Dial: 716.848.1385
Direct Facsimile: 716.819.4610
kkearney@hodgsonruss.com

May 14, 2014

**VIA CM/ECF**

Clerk of the Court
Second Circuit Court of Appeals
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Dear Clerk of the Court:

    Re:   New York State Rifle and Pistol, et al. v. Cuomo, et al.
              Civil Case No.: 14-37

On behalf of Appellee Gerald J. Gill, Chief of Police for the Town of Lancaster, New York, I am writing to respectfully request that Appellee Gill be subject to the same briefing schedule as the State Appellees.

                              Respectfully submitted,

                              Kevin M. Kearney

KMK/cat
Enclosure
cc:    All counsel of Record (via CM/ECF)

The Guaranty Building ♦ 140 Pearl Street ♦ Suite 100 ♦ Buffalo, New York 14202-4040 ♦ telephone 716.856.4000 ♦ facsimile 716.849.0349
Albany ♦ Buffalo ♦ New York ♦ Palm Beach ♦ Saratoga Springs ♦ Toronto ♦ www.hodgsonruss.com