MICHAEL A. SIRAGUSA                                                                                        MICHELLE M. PARKER  
COUNTY ATTORNEY                                                                               FIRST ASSISTANT COUNTY ATTORNEY

DEPARTMENT OF LAW

JEREMY C. TOTH  
SECOND ASSISTANT COUNTY ATTORNEY

May 13, 2014

Dana Ellwood, Deputy Clerk  
United State Court of Appeals  
Second Circuit  
Thurgood Marshall U.S. Courthouse  
40 Foley Square  
New York, New York 10007

      **Re:**    **New York State Rifle and Pistol Association, Inc., et al v Andrew Cuomo, et al.**  
                **Case No.: 14-0036 (cv)**

Ms. Ellwood:

      Please be advised that Frank A. Sedita III, District Attorney of Erie County is no longer a defendant in the above captioned case, and has not been since this case was pending in the United States District Court, Western District of New York. As such, no appearance will be made by him in this matter. In addition, I respectfully request that his name be removed from the caption, and as a party to this matter.

                                                Very truly yours,

                                                MICHAEL A. SIRAGUSA  
                                                Erie County Attorney, Attorney for Frank A.  
                                                Sedita III, Erie County District Attorney

                                                By: /s/ **Shawn P. Hennessy**  
                                                Shawn P. Hennessy, Esq.  
                                                Assistant County Attorney, Of Counsel  
                                                Direct Dial: 716-858-2216  
                                                E-mail: Shawn.hennessy@erie.gov

SPH/dbm  
Enclosure