# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

**MOTION INFORMATION STATEMENT**

**Docket Number(s)**: 14-0036-cv(L); 14-0037-cv(XAP)     Caption [use short title]

**Motion for**: Leave to Appear Pro Hac Vice

William Nojay, et al., v. Andrew M. Cuomo, et al.

Set forth below precise, complete statement of relief sought:

The undersigned moves the Court to grant him leave to appear pro hac vice as counsel for Amicus Curiae The Brady Center to Prevent Gun Violence

**MOVING PARTY**: ☐ Plaintiff  ☐ Defendant
☐ Appellant/Petitioner  ☐ Appellee/Respondent

**OPPOSING PARTY**:

**MOVING ATTORNEY**: Jonathan E. Lowy     **OPPOSING ATTORNEY**:
[name of attorney, with firm, address, phone number and e-mail]

Brady Center to Prevent Gun Violence, Legal Action Project
840 First Street, NE, Suite 400
Washington DC 20002

(202) 370-8104
jlowy@bradymail.org

**Court-Judge/Agency appealed from**: Western District of New York (Judge Skretny)

**Please check appropriate boxes**:

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain): Counsel for all parties have consented to the filing of an amicus curiae brief by the Brady Center

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☑ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL**:
Has request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this Court? ☐ Yes ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No  If yes, enter date:

**Signature of Moving Attorney**:
/s Jonathan E. Lowy     Date: August 12, 2014     Service by: ☐ CM/ECF  ☑ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)

# MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

COMES NOW the undersigned, and respectfully moves this Court for leave to appear *pro hac vice* as counsel for *Amicus Curiae* the Brady Center to Prevent Gun Violence ("Brady Center") in the proceeding *William Nojay,* et al*., v. Andrew M. Cuomo,* et al., Court No. 14-0036-cv(L); 14-0037-cv(XAP). Counsel of record for the Brady Center will be Lisa E. Jones, a member in good standing of the bar of the United States Court of Appeals for the Second Circuit. The Brady Center is not requesting oral argument in this matter.

In support of this Motion, I hereby certify that I am admitted to appear before, and am a member in good standing of, the bars of the following jurisdictions:

1. The Supreme Court of Virginia
2. The District of Columbia Court of Appeals
3. The United States Supreme Court
4. The Supreme Court of Alaska (pro hac vice)
5. The Supreme Court of Kansas (pro hac vice)
6. Circuit Court of Milwaukee County (Wisconsin) (pro hac vice)
7. Supreme Court of the State of New York, County of Erie (pro hac vice)
8. United States District Court for the Northern District of Illinois

Respectfully submitted, this 12th day of August, 2014:

/s/ Jonathan E. Lowy
Jonathan E. Lowy
Brady Center to Prevent Gun Violence
　　Legal Action Project
Washington, DC 20002
(202) 370-8104

jlowy@bradymail.org