# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of August, two thousand and fourteen.

Before:     Gerard E. Lynch,
                 *Circuit Judge*.

_____

New York State Rifle and Pistol Association, Inc., *et al.*,
   Plaintiffs-Appellants-Cross-Appellees,

v.

Andrew M. Cuomo, Governor of the State of New York, *et al.*,
   Defendants-Appellees-Cross-Appellants,

Gerald J. Gill, Chief of Police for the Town of Lancaster, New York, Lawrence Friedman,
   Defendants-Appellees,

Frank A. Sedita, III, District Attorney for Erie County,
   Defendant.

_____

**ORDER**
Docket No. 14-36 (L);
                14-37 (con.)

Jonathan E. Lowy moves to appear *pro hac vice* to represent *amicus curiae* the Brady Center to Prevent Gun Violence.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:<br>
Catherine O'Hagan Wolfe,<br>
Clerk of Court
